IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| WALTER GLASGOW | : | NO. 10-347 |

<u>ORDER</u>

AND NOW, this 1st day of December, 2010, upon consideration of defendant's Motion to Suppress Physical Evidence (Docket No. 42), the government's opposition thereto, and after a hearing on November 22, 2010, IT IS HEREBY ORDERED, for the reasons set out in a Memorandum of today's date, that said motion is DENIED.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.